UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH RAY ADAMS, JR.                                           PLAINTIFF

V.                     No. 4:18CV00573-JM-JTR

NEELD, Corporal,
Saline County Detention Facility                                 DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Mr. Adams's Motions for Service (Docs. 6, 7 & 8) are DENIED a moot.

3. Dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

Dated this 8th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE