# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KENNETH RAY ADAMS, JR.                                                                PLAINTIFF

V.                  No. 4:18CV00573-JM-JTR

NEELD, Corporal,
Saline County Detention Facility                                                       DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice.

Dated this 8th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE